FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

97 JAN -9 PM 12: 05

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FRANK MURRAY, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 95-H-3153-S |
| WARDEN RON SUTTON AND THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) |

ENTERED

JAN - 9 1997

### ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED that this petition for writ of habeas corpus is DISMISSED.

Costs are taxed to petitioner.

DONE, this 9th day of January, 1997.

_____
JAMES H. HANCOCK,
SENIOR UNITED STATES DISTRICT JUDGE